```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20875
     PRISCILLA M DAVIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-3373


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/09/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
ENTERPRISE RENTA CAR        UNSECURED         NOT FILED          .00            .00
ARROW FINANCIAL SERV        UNSECURED           2441.56          .00            .00
HARRIS BANK                 UNSECURED         NOT FILED          .00            .00
ECAST                       UNSECURED           8402.94          .00            .00
CAPITAL ONE                 UNSECURED         NOT FILED          .00            .00
CARSON PIRIE SCOTT          UNSECURED         NOT FILED          .00            .00
GREAT AMERICAN FINANCE C    UNSECURED         NOT FILED          .00            .00
GE MONEY BANK               UNSECURED         NOT FILED          .00            .00
GREAT AMERICAN FINANCE      UNSECURED         NOT FILED          .00            .00
HSBC BANK                   UNSECURED         NOT FILED          .00            .00
SPIRIT OF AMERICA/LANE B    UNSECURED            498.65          .00            .00
HSBC BANK                   UNSECURED         NOT FILED          .00            .00
SWISS COLONY                UNSECURED            207.74          .00            .00
SWISS COLONY                UNSECURED         NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED            876.13          .00            .00
ASSET ACCEPTANCE            UNSECURED            424.94          .00            .00
LITTON LOAN SERV            MORTGAGE NOTI    NOT FILED           .00            .00
LITTON LOAN SERVICING       CURRENT MORTG          .00           .00            .00
LITTON LOAN SERVICING       MORTGAGE ARRE     29643.00           .00            .00
COMMONWEALTH EDISON         UNSECURED            477.89          .00            .00
NICOR GAS                   UNSECURED            369.96          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY         3,091.50                        .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20875 PRISCILLA M DAVIS
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                 ---------------     ---------------
TOTALS                                       .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 02/24/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                            PAGE   2
           CASE NO. 08 B 20875 PRISCILLA M DAVIS